UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA MEY,

    Plaintiff,

v.

                              CASE NO. 14-CV-11331
                              HON. DENISE PAGE HOOD

NORTH AMERICAN BANCARD, LLC,

    Defendant.
_____/

## **JUDGMENT**

Pursuant to the Order entered this date dismissing the putative members' class action claims and granting entry of judgment on the individual named-plaintiff's claims, accordingly,

Judgment is entered in favor of the individual Plaintiff Diana Mey's claims as set forth in the Rule 68 Offer of Judgment submitted by Defendant North American Bancard, LLC.

                                                      DAVID J. WEAVER
                                                      CLERK OF COURT

Approved:

                                                      By: s/LaShawn Saulsberry

s/Denise Page Hood                                   Deputy Clerk
DENISE PAGE HOOD
United States District Judge
DATED: November 26, 2014
Detroit, Michigan