UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DIANA MEY, individually and on behalf of class of all persons and entities similarly situated, | Case No. 2:14-CV-11331-DPH-MJH |
| | Hon. Denise Page Hood |
| | Mag. J. Michael Hluchaniuk |
| Plaintiff, | |
| v. | |
| NORTH AMERICAN BANCARD, LLC, | |
| Defendant. | |

| | |
|---|---|
| VARNUM LLP | BRODERICK LAW, P.C. |
| Perrin Rynders (P38221) | Edward A. Broderick |
| prynders@varnumlaw.com | ted@broderick-law.com |
| P.O. Box 352 | Anthony Paronich |
| Grand Rapids, MI 49501-0352 | anthony@broderick-law.com |
| (616) 336-6000 | 125 Summer St., Suite 1030 |
| | Boston, MA 02110 |
| | (508) 221-1510 |
| | |
| | BAILEY & GLASSER LLP |
| | John Barrett |
| | JBarett@baileyglasser.com |
| | Ryan Donovan |
| | RDonovan@baileyglasser.com |
| | 209 Capitol Street |
| | Charleston, WV 25301 |
| | (304) 340-2287 |
| | |
| | Attorneys for Plaintiff |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Diana Mey ("Diana Mey") hereby appeals to the United States Court of Appeals for the Sixth Circuit. Plaintiff appeals from the Order of the District Court for the Eastern District of Michigan granting Defendant North American Bancard, LLC's Motion to Dismiss as well as the accompanying judgment. This motion was granted on November 26, 2014 in a Memorandum Opinion. See Docket Entry Nos. 36 and 37.

Respectfully submitted,

| | |
|---|---|
| VARNUM<br>Co-Counsel for Plaintiff<br><br>*/s/ Perrin Rynders*<br>Perrin Rynders (P38221)<br>Business Address, Telephone, and E-mail:<br>P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000<br>prynders@varnumlaw.com<br><br><br>Dated: December 8, 2014 | Edward A. Broderick<br>Broderick Law, P.C.<br>125 Summer St., Suite 1030<br>Boston, MA  02110<br>(617) 738-7080<br>(617) 830-0327 *facsimile*<br>ted@broderick-law.com<br>*Pro Hac Vice*<br><br>John W. Barrett<br>Bailey & Glasser, LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>(304) 345-6555<br>(304) 342-1110 *facsimile*<br>jbarrett@baileyglasser.com |

2

## CERTIFICATE OF SERVICE

      The undersigned counsel certifies that a copy of the foregoing was filed through this Court's CM/ECF system, and that all attorneys of record will be sent a copy of the same electronically through that system.

Dated:  December 8, 2014           /s/ *Perrin Rynders*
                                                    Perrin Rynders (P38221)