UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DIANA MEY,**

    **Plaintiff,**                          Case No.  14-11331
                                             HON. DENISE PAGE HOOD

**v.**

**NORTH AMERICAN BANCARD,**

    **Defendant.**
_____/

## ORDER DISMISSING CASE

On September 6, 2016, Plaintiff filed a Notice of Voluntary Dismissal.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

                               S/Denise Page Hood
                               Denise Page Hood
                               Chief Judge, United States District Court

Dated:  September 9, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 9, 2016, by electronic and/or ordinary mail.

                               S/LaShawn R. Saulsberry
                               Case Manager